# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 20, 2020

160657

DESMOND RICKS,
          Plaintiff-Appellant,

v

STATE OF MICHIGAN,
          Defendant-Appellee.

_____/

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

SC: 160657
COA: 342710
Court of Claims: 17-000159-MZ

On order of the Court, the application for leave to appeal the October 29, 2019 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on the application. MCR 7.305(H)(1).

The appellant shall file a supplemental brief within 42 days of the date of this order addressing whether the Court of Appeals erred in holding that MCL 691.1755(4) applies in this case to bar the appellant from recovering wrongful conviction compensation based on a concurrent or consecutive conviction where the appellant was on parole for an earlier crime when he was wrongfully convicted, and his parole was revoked based on the wrongful conviction. In addition to the brief, the appellant shall electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellee shall file a supplemental brief within 21 days of being served with the appellant's brief. The appellee shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellant. A reply, if any, must be filed by the appellant within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.

Persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2020
_____



Clerk

p0513